**ACKNOWLEDGED.**
This cause of action is DISMISSED with prejudice.

IT IS SO ORDERED.

Date: __8/4/2017_____

s/Sarah Evans Barker
United States District Judge

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| Steve Weigle, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) No. 1:17-cv-1874-SEB-MJD |
| McCarthy, Burgess & Wolff, Inc., an Ohio corporation, | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to settlement and F.R.C.P. Rule 41, having reached a settlement of Plaintiff's individual claims against the Defendant, hereby stipulates to the dismissal of his individual claims with prejudice and dismissal of the claims of the putative class members without prejudice.

Dated: August 2, 2017

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps      (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com
mephilipps@aol.com

## CERTIFICATE OF SERVICE

      I hereby certify that on August 2, 2017, a copy of the foregoing **Notice of Voluntary Dismissal With Prejudice** was filed electronically. Notice of this filing will be sent to the following parties by U.S. Mail, first class postage pre-paid, on August 2, 2017.

Randi L. Nine, General Counsel
McCarthy, Burgess & Wolff, Inc.
26000 Cannon Road
Cleveland, Ohio 44146


/s/ David J. Philipps

David J. Philipps   (Ill. Bar No. 06196285)
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com